**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7510**

---

COREY JERMAINE MAPP,

                    Petitioner - Appellant,

     versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                    Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-01-26-2)

---

Submitted:  December 20, 2001      Decided:  January 9, 2002

---

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Corey Jermaine Mapp, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Corey Jermaine Mapp appeals the district court's order adopting the magistrate judge's recommendation and dismissing his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) as time-barred under the Antiterrorism and Effective Death Penalty Act (AEDPA). We have reviewed the record and the district court's opinion and find no reversible error. See Hernandez v. Caldwell, 225 F.3d 435 (4th Cir. 2000). Further, we conclude Mapp is not entitled to equitable tolling of the AEDPA's one-year limitations period. See Harris v. Hutchinson, 209 F.3d 325 (4th Cir. 2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED